Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff.
PAUL WILSON

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| PAUL WILSON, | Case No. 08 CV 02508-MCE-DAD |
| Plaintiff, | STIPULATION TO VACATE JUDGMENT AND DISMISS ACTION WITH PREJUDICE |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, PAUL WILSON, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about October 21, 2008.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

//

//

//

Dated: _2/19/09__                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.


                                     /s/ Albert R. Limberg
                                     Albert R. Limberg
                                     Attorney for Defendant
                                     NCO Financial Systems, Inc.



Dated: _2/19/09__                    KROHN & MOSS

                                     /s/ Nicholas J. Bontrager
                                     Nicholas J. Bontrager
                                     Attorney for Plaintiff
                                     Paul Wilson


IT IS SO ORDERED:
Dated: _____

                                     _____
                                     Hon. Morrison C. England, Jr.
                                     U.S. District Court Judge