Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Suite 170
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff.
PAUL WILSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WILSON, | Case No. 08 CV 02508-MCE-DAD |
| Plaintiff, | STIPULATION TO VACATE JUDGMENT AND DISMISS ACTION WITH PREJUDICE |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, PAUL WILSON, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about October 21, 2008. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

//

//

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  2/19/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Albert R. Limberg
Albert R. Limberg
Attorney for Defendant
NCO Financial Systems, Inc.

Dated:  2/19/09          KROHN & MOSS

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager
Attorney for Plaintiff
Paul Wilson

**IT IS SO ORDERED.**

Dated: February 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation to Vacate Judgment and Dismiss Action with Prejudice

2

PDF created with pdfFactory trial version www.pdffactory.com